DALLAS J. SIMMONS and RUTH C. SIMMONS, sometimes known as Ruth Calhoun Simmons, R. E. DOWLING and W. E. DOWLING, co-partners trading as DOWLING FEED Co., BRADENTON FURNITURE Co., FLETCHER INSURANCE Co., COMMUNITY HOTEL CORPORATION, D. D. WARD, GULF FERTILIZER Co., and SEABOARD AIR LINE RAILWAY Co.,

*Appellants,* vs. M. B. Alderman, Liquidator of the Bradenton Bank & Trust Co., *Appellee.*

135 So. 535.

Division A.

Decision filed June 23, 1931.

*D. R. Peacock* and *Geo. L. King,* for Appellants;

*Rice & Blakey,* for Appellee.

Per Curiam.—The decree in this case should be affirmed on authority of the opinion and judgment in the case of Jackson, Sheriff, vs. Citizens Bank & Trust Company, 53 Fla. 265, 44 Sou. 516, and it is so ordered.

Affirmed.

Buford, C.J., and Ellis and Brown, J.J., concur.